UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JACK E. BROWN, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> CAROLYN W. COLVIN, Acting Commissioner of ) </br> Social Security, ) </br> ) </br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** </br></br> **CASE NO. 7:14-CV-283-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgment on the pleadings is GRANTED, defendant's motion for judgment on the pleadings is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on November 19, 2015, and Copies To:**

| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF Notice of Electronic Filing) |
| Leo R. Montenegro | (via CM/ECF Notice of Electronic Filing) |
| R.A. Renfer, Jr. | (via CM/ECF Notice of Electronic Filing) |

DATE:  
November 19, 2015

JULIE RICHARDS JOHNSTON, CLERK  
(By) /s/ Crystal Jenkins  
Deputy Clerk