THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-cv-00283-D

| | |
|---|---|
| JACK E. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for entry of an Consent Order agreed to by the parties; and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order, and Defendant, by and through the undersigned Special Assistant United States Attorney, has executed this Consent Order; and it appearing that the parties have agreed that Defendant should pay the sum of $3,599.00 in full and final settlement of all claims arising under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay Plaintiff's counsel $3,599.00 for attorney fees if there is no debt that qualifies under the Treasury Offset

Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be made payable to Plaintiff and delivered to Plaintiff's counsel.

SO ORDERED this __15__ day of January, 2016.

*[Signature]*
JAMES C. DEVER III
United States Chief District Judge

2