UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JACK E. BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:14-CV-283-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security shall pay Plaintiff's counsel $3,599.00 for attorney fees if there is no debt that qualifies under the Treasury Offset Program. If there is such a debt, any fee remaining after offset will be made payable to Plaintiff and delivered to Plaintiff's counsel.

**This Judgment Filed and Entered on January 15, 2016, and Copies To:**

| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF Notice of Electronic Filing) |
| Leo R. Montenegro | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: <br> January 15, 2016 | JULIE RICHARDS JOHNSTON, CLERK <br> (By) /s/ Crystal Jenkins <br> Deputy Clerk |