UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| JACK E. BROWN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 7:14-CV-283-D** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $8,545.00 and that Plaintiff's counsel pay to Plaintiff the sum of $3,599,00 and upon the payment of such sums this case is dismissed with prejudice.

**This Judgment Filed and Entered on August 10, 2018, and Copies To:**
| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF electronic notification) |
| Leo R. Montenegro | (via CM/ECF electronic notification) |
| R. A. Renfer, Jr. | (via CM/ECF electronic notification) |

DATE:  
August 10, 2018

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk